UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN

RECEIVED NOV 26 2014 AT 8:30 WILLIAM T. WALSH CLERK

JAMES L. ROWBUSH, Jr.

V.                                    CASE No. 14-1923

C/O PERELLI, et al.

## NOTICE OF APPEAL TO A UNITED STATES DISTRICT JUDGE THE MAGISTRATE'S ORDER OF NOV. 12, 2014

PLAINTIFF GIVES NOTICE OF APPEAL TO A U.S.D.J. THE MAGISTRATE'S ORDER OF NOV. 12, 2014 DISMISSING HIS MOTION TO COMPEL DISCOVERY (DOC. # 46)

### IN SUPPORT:

(1) Plaintiff is proceeding prose.

(2) His pleadings should be held to a lesser standard.

(3) I have the right to discovery.

(4) The defendants Larkin and Cox

Pg. 1 of 2

HAVE THE INFO REQUESTED.

(5) The defendants did NOT offer any response to the court in reference to my motion.

(6) The court should not offer sua sponte as defense - affirmative defenses for the defendant.

(7) The court should only consider info presented by the parties.

(8) The court is NOT the defendants attorney.

DATE: November 20, 2014

J. Randolph
Pro se
82038-083
FCI-FT-Dix
PO Box 2000
Ft. Dix, NJ 08640

Affidavit attached (2 pgs.)

Pg. 2 of 2

Pg. 1 of 2

AFFIDAVIT

I certify that on or about ___ I filed Interrogatories to the defendants.

On or about Sept. 01, 2014, I filed a motion to compel discovery because the defendants had not answered within the time allowed under F.R.Cv.P. (DOC. #46)

On or about October 15, 2014, I communicated further J. Brooks DiDonato by letter (defendants' attorney).

On or about Nov. 08, 2014, J. Brooks DiDonato, Esq., responded still denying my requested info, except for two (2) questions he did answer (#3 and #6)

We have been unable to reach an agreement on the discovery issues remaining.

This affidavit is filed in order to comply with L.Cv.R. 37.1(b) and 28 USC §1746.

DATE: Nov. 19, 2014

J S Randolph
Pro se
82038-083

## AFFIDAVIT cont'd.

I declare under penalty the foregoing is true to the best of my knowledge and belief.

*[signature]*

Pro-se

## CERTIFICATE OF SERVICE

I certify I mailed a copy of the foregoing to J.B. D'Onofrio, Esq. @ 9000 Midlantic Dr., PUB 5054, Mt. Laurel NJ, on Nov. 20, 2014 (2) — *[signature]*

INMATE NAME: Burdabush, James L. (JR)
REGISTER NO.: 68038-083
HOUSING UNIT: 5811
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

LEGAL
TRENTON NJ

24 NOV 2014 PM 3 L



FEDERAL CORRECTION INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640   11/22/14
The enclosed letter was processed through special mail procedures.
This letter has been neither opened nor inspected. If the writer raises
a question or problem over which this facility has jurisdiction, you may
wish to return the material. If the writer encloses correspondence for
forwarding to another addressee, or includes unauthorized items, please
return to the [illegible]

Clerk of Court
USDC - DNJ
POB 2797
Camden, NJ 08101

RECEIVED
NOV 26 2014
AT 8:30 _____ M
WILLIAM T WALSH CLERK

081013-2797